1032

[No. 32541-5-III. Division Three. August 11, 2015.]

SIERRA ALEECE BEATSON, *Respondent*, v. KELLY SCOTT BEATSON, *Appellant*.

 by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32585-7-III. Division Three. August 11, 2015.]

*In the Matter of the Parentage of* E.L.C.

DEBRA A. CROMER, *Appellant*, v. THOMAS ALLAN THORN, *Respondent*.

unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32786-8-III. Division Three. August 11, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER SANCHEZ, *Appellant*.

 by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.